REMAND / JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10340-GW-AJRx | Date | March 14, 2025 |
|---|---|---|---|
| Title | *The People of the State of California v. PepsiCo, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - RULING ON PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT [34]

    The Court has received Defendant Coca-Cola Co.'s notice of withdrawal of notice of removal and opposition to plaintiff's motion to remand ("Notice," ECF No. 44). Based upon the Notice and in light of the Court's tentative ruling on the motion to remand (ECF No. 42), the March 17, 2025 hearing on the motion to remand is taken off-calendar and this action is forthwith remanded back to state court.

:

Initials of Preparer   JG